UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

WILLIAM M. McCOOL                                               700 Stewart St, Suite 2310
CLERK                                                                        Seattle, WA 98101

November 5, 2013

**Henry C. Rosenau**
41168-086
NORTHEAST OHIO CORRECTIONAL CENTER
2240 HUBBARD ROAD
YOUNGSTOWN, OH 44505

Re:   **Rosenau v. USA**

We have received the correspondence relating to your Habeas Action.  Your case has been assigned Case Number **13-CV-1997-MJP**.  **This entire number *must* appear on all future correspondence with the Court.**

cc:  file