Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HENRY C. ROSENAU,<br><br>    Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CASE NO.  CV13-1997MJP<br><br>NOTICE OF APPEARANCE |

TO:  CLERK OF THE ABOVE-ENTITLED COURT; and

TO:  Henry C. Rosenau, *Pro Se*
   Register No. 41168-086
   Northeast Ohio Correctional Center
   2240 Hubbard Road
   Youngstown, Ohio  44505

   This notice is to advise the Court that the United States is represented in the

\\
\\
\\
\\

Notice of Appearance
CV13-1997MJP- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  above-captioned case by Teal Luthy Miller, Assistant United States Attorney.  It is
2  requested that all notices from the Court be sent to Teal Luthy Miller at the address stated
3  below.
4           DATED this 19th day of November, 2013.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney


 s/ *Teal Luthy Miller*
TEAL LUTHY MILLER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Phone:  206-553-7970
Fax:  206-553-0755
Email:         Teal.Miller@usdoj.gov

Notice of Appearance
CV13-1997MJP- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers;

It is further certified that on November 19, 2013, I electronically filed a Notice of Appearance with the Clerk of the Court using the CM/ECF system.

I further certify that on November 19, 2013, I mailed by United States Postal Service the Notice of Appearance to the following non-CM/ECF participant(s)/CM/ECF participant(s), addressed as follows:

Henry C. Rosenau, *Pro Se*
Register No. 41168-086
Northeast Ohio Correctional Center
2240 Hubbard Road
Youngstown, Ohio  44505

Dated this 19th day of November, 2011.

   *s/ Susan Burker*
SUSAN BURKER, Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-2613
Fax:   (206) 553-0755
E-mail:  Susan.Burker@usdoj.gov

Notice of Appearance
CV13-1997MJP- 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970