IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

MAY 12 2014

Henry C. Rosenau, )
        Petitioner )
)
V. ) Civil No. C13-1997-MJP
) Criminal No. CR06-157MJP
)
United States of America, )
        Respondent )
)

## NOTICE OF APPEAL

I. Henry C. Rosenau, currently incarcerated at Northeast Ohio Correctional Center in Youngstown, Ohio, acting pro-se, do hereby notify this Honorable Court of my intention to appeal the denial of my motion under 28 U.S.C. §2255 to Vacate, Set Aside, or correct my sentence of imprisonment.

I intend to file a full briefing with the Court of Appeals at a date and time set by the Court.

Respectfully Submitted



MAY 5/2014

Henry C. Rosenau         Date
Reg. No. 41168-086
NE Ohio Correctional Center
2240 Hubbard Road
Youngstown, Ohio, 44505

**13-CV-01997-APP**

Henry C. Rosenau
Reg. No. 41168-08
NE Ohio Correctio[nal]
2240 Hubbard Road
Youngstown, Ohio, 44505

**CERTIFIED MAIL**™

7013 2630 0001 4305 6456

Clerk of The Court
United States District Court
Western District Of Washington
700 Stewart Street
Suite 2310
Seattle, Washington, 98101




