FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 29 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HENRY C. ROSENAU,<br><br>        Petitioner - Appellant,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent - Appellee. | No. 14-35435<br><br>D.C. No. 2:13-cv-01997-MJP<br>Western District of Washington,<br>Seattle<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The district court has not issued or declined to issue a certificate of appealability in this appeal, which appears to arise under 28 U.S.C. § 2255. Accordingly, pursuant to circuit court policy, this case is remanded to the district court for the limited purpose of granting or denying a certificate of appealability at the court's earliest convenience. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b); *United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997).

If the district court issues a certificate of appealability, the court should specify which issue or issues meet the required showing. *See* 28 U.S.C. § 2253(c)(3); *Asrar*, 116 F.3d at 1270. Under *Asrar*, if the district court declines to issue a certificate, the court should state its reasons why a certificate of

JW/Pro Se

appealability should not be granted, and the clerk of the district court shall forward to this court the record with the order denying the certificate. *See Asrar*, 116 F.3d 1270. A new briefing schedule will be established after resolution of the certificate of appealability issue.

      The Clerk shall send a copy of this order to the district court judge.

JW/Pro Se