**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 11 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HENRY C. ROSENAU, | No. 14-35435 |
|       Petitioner - Appellant, | D.C. No. 2:13-cv-01997-MJP<br>Western District of Washington,<br>Seattle |
| v. | |
| UNITED STATES OF AMERICA, | |
|       Respondent - Appellee. | ORDER |

Before:   GRABER and CHRISTEN, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). Any pending motions are denied as moot.